Maricela **ARCEO–GARCIA**, Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–73992.

United States Court of Appeals, Ninth Circuit.

Submitted June 15, 2011.*

Filed June 28, 2011.

Susan Elizabeth Hill, Hill, Piibe & Villegas, Los Angeles, CA, for Petitioner.

Charles S. Greene, Trial, DOJ—U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

## MEMORANDUM **

Maricela Arceo–Garcia, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order summarily affirming an immigration judge's

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

decision denying her motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), and we deny the petition for review.

The agency did not abuse its discretion by denying Arceo–Garcia's motion to reopen as untimely because it was filed over 13 years after the agency's final order of removal, *see* 8 U.S.C. § 1229a(c)(7), and Arceo–Garcia failed to establish the due diligence required for equitable tolling, *see Iturribarria*, 321 F.3d at 897; *Singh v. Gonzales*, 491 F.3d 1090, 1095–97 (9th Cir. 2007).

**PETITION FOR REVIEW DENIED.**